1  GREGORY G. ISKANDER, Bar No. 200215
   BILLIE D. WENTER, Bar No. 235193
2  LITTLER MENDELSON, P.C.
   Treat Towers
3  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
4  Telephone:  925.932.2468
   Facsimile:  925.946.9809
5  giskander@littler.com
   bwenter@littler.com
6
   Attorneys for Defendants
7  AKIMA INFRASTRUCTURE SERVICES, LLC;
   AKIMA, LLC
8
   JOSEPH CLAPP, Bar No. 99194
9  AIMAN-SMITH & MARCY
   7677 Oakport Street, Suite 1150
10 Oakland, CA 94621
   Telephone:  510.590.7115
11 Facsimile:  510.562.6830
   jc@asmlawyers.com
12
   Attorneys for Plaintiff
13 SARAH RODRIGUEZ

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            OAKLAND DIVISION

18

19 | SARAH RODRIGUEZ,                          | Case No. 4:16-cv-03607-PJH (KAW)
20 |             Plaintiff,                    | **STIPULATION AND [PROPOSED]**
   |                                           | **ORDER TO CONTINUE THE**
21 |     v.                                    | **SETTLEMENT CONFERENCE BEFORE**
   |                                           | **THE HONORABLE KANDIS A.**
22 | AKIMA INFRASTRUCTURE                      | **WESTMORE FROM FEBRUARY 3, 2017,**
   | SERVICES, LLC, a business entity, form    | **TO MARCH 27, 2017**  AS MODIFIED
23 | unknown; AKIMA, LLC, a business entity,
   | form unknown; and Does 1 through 25,
24 | inclusive,
25 |             Defendant.

26

27

28

(CASE NO. 4:16-CV-03607-PJH)

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE FROM FEBRUARY 3, 2017, TO MARCH 27, 2017

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

Whereas the parties are in need of additional time to engage in further limited discovery before the settlement conference in order to have productive settlement negotiations. Therefore the undersigned parties, by and through their respective counsel of record, hereby stipulate to reschedule the settlement conference with the Honorable Kandis A. Westmore from the original date of February 3, 2017, at 11:00 a.m., to **March 22, 2017**, at 11:00 a.m.

SO STIPULATED.

Dated: January 24, 2017

/s/ Gregory G. Iskander
GREGORY G. ISKANDER
BILLIE D. WENTER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AKIMA INFRASTRUCTURE SERVICES, LLC; AKIMA, LLC

Dated: January 24, 2017

/s/ Joseph Clapp
JOSEPH CLAPP
AIMAN-SMITH & MARCY
Attorneys for Plaintiff
SARAH RODRIGUEZ

I, the filer of this document, attest that the other signatory listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 24, 2017

/s/ Gregory G. Iskander
GREGORY G. ISKANDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/1/17

*Kandis Westmore*
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 4:16-CV-03607-PJH)   2.   STIPULATION TO CONTINUE SETTLEMENT CONFERENCE FROM FEBRUARY 3, 2017, TO MARCH 27, 2017