UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AKIMA INFRASTRUCTURE SERVICES, LLC,<br><br>    Defendant. | Case No. 16-cv-03607-PJH<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 98 |

The parties hereto, by their counsel, having advised the court that they have reached a settlement in this case, IT IS HEREBY ORDERED that this case is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty days, with proof of service thereof on the opposing party, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice. The parties may, of course, substitute a dismissal with prejudice at any time during this sixty day period. The December 9, 2019 trial date is VACATED.

**IT IS SO ORDERED.**

Dated: November 25, 2019

                                                /s/ Phyllis J. Hamilton
                                                PHYLLIS J. HAMILTON
                                                United States District Judge